## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Seth Defulgentis<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-8<br>　　　　　　　　　　Movant<br>　　vs.<br>Seth Defulgentis<br>　　　　　　　　　　Debtor(s)<br>Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | NO. 13-18646 SR<br><br>11 U.S.C. Sections 362 |

## **ORDER**

　　　　AND NOW, this         day of                 , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 63101 Delaire Landing Road , Philadelphia, PA 19114 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Stephen Raslavich_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Stephen Raslavich,** United States Bankruptcy Judge.

**Dated: July 26, 2017**

Seth Defulgentis
63101 Delaire Landing Road
Philadelphia, PA 19114

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532