**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    SETH DEFULGENTIS        :    CHAPTER 13
                                  :
                                  :
         DEBTOR                   :    BANKRUPTCY No. 13-18646

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    The Debtor had filed a Motion to Amend Plan Post - Confirmation.

    Your rights may by affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before August 19, 2017 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at the clerk's office, 900 Market Street, 4th Floor, Philadelphia, PA 19106.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

        Zachary Perlick, Esquire
        1420 Walnut Street, Suite 718
        Philadelphia, PA 19102
        (215) 569-2922 phone
        (215) 569-1444 fax

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on September 13, 2017 at 10:00 a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: <u>8/4/17</u>