IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   SETH DEFULGENTIS   :   CHAPTER 13
                           :
                           :
         DEBTOR            :   BANKRUPTCY No. 13-18646

ORDER

AND NOW, this        day of            , 2017, upon

consideration of the Debtor's Motion to Amend Plan Post-

Confirmation, it is hereby ORDERED that said motion is GRANTED,

and Debtor's amended plan is hereby confirmed.

**Dated: September 13, 2017**

_____
THE HONORABLE STEPHEN RASLAVICH

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
PO Box 4010
Reading, PA 19606

SETH DEFULGENTIS
63101 Delaire Landing Rd.
Philadelphia, PA 19114