United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-18646-sr
Seth Defulgentis                                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 13, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db              +Seth Defulgentis,   63101 Delaire Landing Road,   Phila, PA 19114-5411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
          D. TROY SELLARS   on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK,
          SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE
          INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT D.Troy.Sellars@usdoj.gov
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          GLENN A. MANOCHI    on behalf of Creditor    DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI
          gmanochi@lightmanlaw.com
          JEROME B. BLANK   on behalf of Creditor    The Bank Of New Mellon, F/K/A The Bank Of New York,
          ET.AL. paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank Of New York Mellon, f/k/a The Bank of New
          York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
          Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK,
          SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE
          INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY  PERLICK   on behalf of Debtor Seth  Defulgentis Perlick@verizon.net,
          pireland1@verizon.net
                                                                                    TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SETH DEFULGENTIS    :    CHAPTER 13
                               :
                               :
          DEBTOR               :    BANKRUPTCY No. 13-18646

ORDER

AND NOW, this        day of           , 2017, upon
consideration of the Debtor's Motion to Amend Plan Post-
Confirmation, it is hereby ORDERED that said motion is GRANTED,
and Debtor's amended plan is hereby confirmed.

**Dated: September 13, 2017**

_____
THE HONORABLE STEPHEN RASLAVICH

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
PO Box 4010
Reading, PA 19606

SETH DEFULGENTIS
63101 Delaire Landing Rd.
Philadelphia, PA 19114