# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PENNSYLVANIA

In Re:                                            Chapter 13

    SETH DEFULGENTIS                 No. 13-18646 (SR)

                             Debtor.

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK:

      Kindly enter the appearance of the undersigned on behalf of Delaire Landing No. 7A Condominium Association, a creditor herein, pursuant to Bankruptcy Rules 2002 and 9010.  The undersigned demands that all notices, motions, etc. given or required to be given in this case, and that all papers, etc. servced in this case be given to and served upon the following parties:

                         Gilbert E. Toll, Esquire
                      60 West Boot Road, Suite 100
                          West Chester, PA 19380

_____
Gilbert E. Toll, Attorney ID # 2296

60 West Boot Road, Suite 100
West Chester, PA 19380

(610) 660-6505
gtollpc@comcast.net

DATED:       September 25, 2017