UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re:  Seth Defulgentis, | : | BANKRUPTCY NO. 13-18646 JFS |
| | : | |
| Debtor. | : | CHAPTER 13 |
| | : | |
| | : | |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

    Creditor Delaire Landing No. 7A Condominium Association has filed a Motion for Relief from the Stay with the Court for Relief from the Automatic Stay of Section 362.

    **Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the court to grant the relief sought in the motion, then on or before October 18, 2017 you or your attorney must do all of the following:

        (a)    File an answer explaining your position at:

> United States Bankruptcy Court
> Robert N.C. Nix Building
> 900 Market Street, Suite 204
> Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    Mail a copy to movant's attorney:

> Glenn A. Manochi, Esquire
> Lightman & Manochi
> 1520 Locust Street, 12th Floor
> Philadelphia, PA  19102

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, the United States Bankruptcy Judge, in Courtroom 3 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, Pennsylvania 19107 on

November 8, 2017 at 9:30 a.m. or as soon thereafter as counsel can be heard, to consider the motion.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

              LIGHTMAN & MANOCHI

            BY: /s/ Glenn A. Manochi
              Gary P. Lightman, Esquire
              Glenn A. Manochi, Esquire
              1520 Locust Street, 12th Floor
              Philadelphia, PA 19102

              Attorneys for Creditor
              Delaire Landing No. 7A
              Condominium Association

Dated: October 4, 2017

E:\TOLL, GILBERT\DELAIRE LANDING\DEFULGENTIS\DOCS\NOTICE OF MOTION 10-4-17.DOC