Certificate Number: 01267-PAE-DE-030080536

Bankruptcy Case Number: 13-18646



01267-PAE-DE-030080536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2017, at 7:44 o'clock AM CDT, Seth A DeFulgentis completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 26, 2017         By:    /s/Cristina Gonzalez

                                 Name:  Cristina Gonzalez

                                 Title: Counselor