UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: :
    Seth Defulgentis, : Bankruptcy No. 13-18646-JKF
        Debtor(s) : Chapter 13

## Certificate of Service

    I, Frederick L. Reigle, Standing Chapter 13 Trustee, do hereby certify that true and correct copies of the Notice of Final Cure Payment Pursuant to Federal Bankruptcy Rule 3002.1(f), have been served this 5th day of April, 2018 by first class mail upon those listed below:

Seth Defulgentis
63101 Delaire Landing Road
Philadelphia, PA 19114

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Ste. 300
Highlands Ranch, CO 80129

Specialized Loan Servicing, LLC
P.O. Box 636007
Littleton, CO 80163

Electronically via CM/ECF ONLY:

Zachary Perlick, Esq.
1420 Walnut St., Ste. 718
Philadelphia, PA 19102

Joseph A. Dessoye, Esq.
Phelan Hallinan & Schmieg, LLP
1617 JFK Blvd., Ste. 1400
Philadelphia, PA 19103

                                                */s/ Frederick L. Reigle*
                                                Frederick L. Reigle
                                                Standing Chapter 13 Trustee
                                                2901 St. Lawrence Ave., Suite 100
                                                P.O. Box 4010
                                                Reading, PA 19606