UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
        Seth Defulgentis,                    : Bankruptcy No. 13-18646-JKF
                Debtor(s)       : Chapter 13

Form 4100N
## Notice of Final Cure Payment
File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**Part 1:   Mortgage Information**

| | |
|---|---|
| Name of Creditor: | **Specialized Loan Servicing, LLC** |
| Court claim no. (if known): | **6** |
| Last four digits of any number used: | **9370** |
| Property Address: | **63101 Delaire Landing Road Philadelphia, PA 19102** |

**Part 2:   Cure Amount**

**Total cure disbursements made by the trustee:**

| | | |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) | $**14,714.35** |
| b.  Prepetition arrearage paid by the trustee: | (b) | $**14,714.35** |
| c.  Amount of postpetition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | **$0.00** |
| d.  Amount of postpetition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | **$0.00** |
| e.  Allowed postpetition arrearage: | (e) | **$0.00** |
| f.  Postpetition arrearage paid by the trustee: | + (f) | **$0.00** |
| g.  Total.  Add lines b, d, and f. | (g) | **$14,714.35** |

Debtor 1        Seth Defulgentis                    Case number:  13-18646-JKF

**Part 3:    Postpetition Mortgage Payment**

*Check one:*

☐  Mortgage is paid through the trustee.
    Current monthly mortgage payment:                              $_____
    The next postpetition payment is due on:  ____/____/_____
                                               MM/DD/YYYY

☒  Mortgage is paid directly by the debtor(s).

**Part 4:    A Response is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with Section 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and creditor.

*/s/ Frederick L. Reigle*                    Date:  04/05/2018
Frederick L. Reigle
Standing Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
P. O. Box 4010
Reading, PA 19606

Phone:  (610) 779-1313             Email:  info@fredreiglech13.com