IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :
    Seth Defulgentis,                     : Bankruptcy No. 13-18646-JKF
              Debtor(s)              : Chapter 13

## **PRAECIPE**

Please withdraw Document # 104, Chapter 13 Standing Trustee's Notice of Final Cure Mortgage Payment.

                                                Respectfully submitted,

Date:  April 5, 2018                          */s/ Polly A. Langdon*
                                                Polly A. Langdon
                                                Attorney for
                                                Frederick L. Reigle, Esq.
                                                Chapter 13 Standing Trustee