United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-18646-jkf
Seth Defulgentis                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: May 10, 2018
                              Form ID: 138NEW          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
```
db            +Seth Defulgentis,    63101 Delaire Landing Road,    Philadelphia, PA 19114-5411
cr            +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr            +DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI,    9355 State Road,    Philadelphia, PA 19114-4026
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr            +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
13160250      +America's Servicing Company,    Return Mail Operations,    PO Box 10388,
                Des Moines, IA 50306-0388
13177799       Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13206999       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13212366      +Delaire Landing No. 7A,    Condominium Association,    Administrative Building,    9355 Sate Road,
                Philadelphia, PA 19114-4026
13321485      +Delaire Landing No. 7A,    c/o Lightman & Manochi,    1520 Locust Street, 12th Floor,
                Philadelphia, PA 19102-4403
13305573       Delaire Landing No. 7A Condominium Association,    9355 State Road, Philadelphia, PA 19114
13212368      +Gilbert E. Toll, Esquire,    150 Monument Rd.,    Suite 603,    Bala Cynwyd, PA 19004-1701
13177802      +HSBC Bank,    200 SOmerset Corp. Blvd., Ste. 100,    Bridgewater, NJ 08807-2973
13177806      +National Recovery Agency,    4201 Crums Mill Rd.,    Harrisburg, PA 17112-2893
13160252      +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13211108      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILA PA 19122-2898,    ATTN: BANKRUPTCY UNIT
13202416       Sallie Mae, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                PO Box 9430,    Wilkes, Barre, PA  18773-9430
13810537      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
13234479      +The Bank of New York Mellon Trust Company, Et al.,    America's Servicing Company,
                Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
13234478       The Bank of New York Mellon Trust Company, Et al.,    Wells Fargo Bank, N.A.,
                Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
13177809      +USA Funds,    PO Box 6180,    Indiaapolis, IN 46206-6180
13297016      +Zachary Perlick, Esquire,    1420 Walnut Street,    Suite 718,    Philadelphia, PA 19102-4006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 11 2018 01:48:46      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2018 01:48:27
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 11 2018 01:48:37      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13163531      +E-mail/Text: g20956@att.com May 11 2018 01:48:49      AT&T Mobility II LLC,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
13167847       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2018 01:50:13
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13177800      +E-mail/Text: BKRMailOps@weltman.com May 11 2018 01:48:32      Capital One Bank,
                c/o Weltman, Weinburg,    965 Keynote Circle,    Brooklyn Heights, OH 44131-1829
13177801      +E-mail/Text: bknotice@ercbpo.com May 11 2018 01:48:32      Enchanced Recovery,
                8014 Bayberry Rd.,    jacksonville, FL 32256-7412
13160251       E-mail/Text: cio.bncmail@irs.gov May 11 2018 01:48:16      Internal Revenue Service,
                Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13177804      +E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2018 01:50:13      LVNV Fuinding, LLC,
                PO Box 10497,    Greenville, SC 29603-0497
13266138       E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2018 01:50:35
                LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Receivables,
                Acquisition Corporation (USA) IV,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13177805      +E-mail/Text: bankruptcydpt@mcmcg.com May 11 2018 01:48:29      Midland Funding, LLC,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13177808       E-mail/Text: bankruptcy@td.com May 11 2018 01:48:30      TD Bank,    1701 Route 70 East,
                Cherry Hill, NJ 08034
13276598       E-mail/Text: bankruptcy@td.com May 11 2018 01:48:30      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
                                                                                              TOTAL: 13
```

```
District/off: 0313-2              User: Antoinett             Page 2 of 2                    Date Rcvd: May 10, 2018
                                  Form ID: 138NEW             Total Noticed: 36
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13177798*      +America's Servicing Company,    Return Mail Operations,    PO Box 10388,
                 Des Moines, IA 50306-0388
13212363*      +America's Servicing Company,    Return Mail Operations,    PO Box 10388,
                 Des Moines, IA 50306-0388
13212364*       Capital One,   P.O. Box 85617,    Richmond, VA 23276-0001
13212365*      +Capital One Bank,   c/o Weltman, Weinburg,    965 Keynote Circle,
                 Brooklyn Heights, OH 44131-1829
13305594*       Delaire Landing No. 7A Condominium Association,     9355 State Road, Philadelphia, PA 19114
13305597*       Delaire Landing No. 7A Condominium Association,     9355 State Road, Philadelphia, PA 19114
13305610*       Delaire Landing No. 7A Condominium Association,     9355 State Road, Philadelphia, PA 19114
13212367*      +Enchanced Recovery,    8014 Bayberry Rd.,   jacksonville, FL 32256-7412
13212369*      +HSBC Bank,    200 SOmerset Corp. Blvd., Ste. 100,    Bridgewater, NJ 08807-2877
13177803*       Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13212370*       Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13212371*      +LVNV Fuinding, LLC,    PO Box 10497,   Greenville, SC 29603-0497
13212372*      +Midland Funding, LLC,    8875 Aero Drive,   Suite 200,    San Diego, CA 92123-2255
13212373*      +National Recovery Agency,    4201 Crums Mill Rd.,    Harrisburg, PA 17112-2893
13177807*      +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13212374*      +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13212375*     ++TD BANKNORTH NA,    70 GRAY ROAD,   FALMOUTH ME 04105-2299
                 (address filed with court:   TD Bank,    1701 Route 70 East,    Cherry Hill, NJ 08034)
13212376*      +USA Funds,   PO Box 6180,    Indiaapolis, IN 46206-6180
                                                                                             TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
```
              D. TROY SELLARS    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK,
               SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE
               INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT D.Troy.Sellars@usdoj.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              GILBERT E. TOLL    on behalf of Creditor    DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI
               gtollpc@comcast.net
              GLENN A. MANOCHI    on behalf of Creditor    DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI
               gmanochi@lightmanlaw.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New Mellon, F/K/A The Bank Of New York,
               ET.AL. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK,
               SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE
               INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY PERLICK    on behalf of Debtor Seth  Defulgentis Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Seth Defulgentis

    Debtor(s)

Bankruptcy No: 13–18646–jkf

Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 5/10/18

110 – 109
Form 138_new