United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-18646-jkf
Seth Defulgentis                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jun 15, 2018
                             Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db           +Seth Defulgentis,   63101 Delaire Landing Road,    Philadelphia, PA 19114-5411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
          D. TROY SELLARS    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK,
           SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE
           INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT D.Troy.Sellars@usdoj.gov
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          GILBERT E. TOLL    on behalf of Creditor    DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI
           gtollpc@comcast.net
          GLENN A. MANOCHI    on behalf of Creditor    DELAIRE LANDING NO 7A CONDOMINIUM ASSOCI
           gmanochi@lightmanlaw.com
          JEROME B. BLANK    on behalf of Creditor    The Bank Of New Mellon, F/K/A The Bank Of New York,
           ET.AL. paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
           York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
           Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK,
           SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE
           INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY PERLICK    on behalf of Debtor Seth  Defulgentis Perlick@verizon.net,
           pirelandl@verizon.net
                                                                                    TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                              : Chapter 13


Seth Defulgentis                                    : Case No. 13–18646–jkf

       Debtor(s)

### *ORDER*
_____

    AND NOW, this day , 15th day of June, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court


Jean K. FitzSimon
Judge , United States Bankruptcy Court